**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RASHID K. KHALFANI, | Case No. CV 18-7413 JLS (RAO) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint (Dkt. No. 1), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

DATED: April 9, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE