JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID K. KHALFANI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION, et al., <br><br> Defendants. | Case No. CV 18-7413 JLS (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, and this action is dismissed.

DATED: April 9, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE